UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: :23-cv-04899-FB-PK

**Samuel Lopez**,
          Plaintiff,
vs.

**Exquisite Delight Inc.** and
**Savvy Bistro And Bar INC**,
          Defendants.

**JOINT STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

 

Defendant Exquisite Delight Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to withdraw its Cross Claims in this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: January 5, 2024

By: /s_____
Adam Kalish
The Law Office of Adam Kalish P.C.
182A 26th Street, Suite 2R
Brooklyn, NY 11232
(718)8 57 3664
adam.kalish@kalishpc.com
*Attorneys for Defendant*

cc: Via CM/ECF